IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI PEDRO,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 15-00158 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

    Due to the configuration of the courtroom telephone, the Court must **DENY** the parties' request to attend the case management conference by telephone. The parties are requested to attend the hearing in person.

**IT IS SO ORDERED.**

Dated: March 30, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE