IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI PEDRO,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 15-00158 WHA

**ORDER RE SETTLEMENT**

    The parties have filed a notice stating that they have reached a settlement, which will be finalized in the next 60 days. Based on this notice, the parties request that all dates and deadlines be vacated. The parties' request is **DENIED**. All dates and deadlines will remain in place until the parties file a stipulated dismissal.

    **IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE