**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI PEDRO, | ) **Case No.: 3:15-cv-00158-WHA** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **[~~PROPOSED~~] ORDER OF DISMISSAL** |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

**~~PROPOSED~~ ORDER OF DISMISSAL**

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: April 27, 2015.

_____

William Alsup

United States District Judge

- 1 -